# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Mira Holdings, Inc., | Case No. 24-cv-3130 (KMM/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| SRL Bowtex, | |
| Defendant. | |

Corporations are not allowed to represent themselves in federal court. Therefore,

**IT IS HEREBY ORDERED:**

1. Plaintiff must obtain counsel and counsel shall file a Notice of Appearance on or before October 8, 2024.

2. If no counsel has filed a Notice of Appearance on behalf of Plaintiff by that date, this matter will be recommended for dismissal.

Dated: August 9, 2024                               ___s/David T. Schultz_____
                                                    DAVID T. SCHULTZ
                                                    U.S. Magistrate Judge