UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Mira Holdings, Inc, a Minnesota Corporation,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>SRL Bowtex, A Belgian Corporation,<br><br>　　　　　Defendant(s). | Case No.: 0:24-cv-03130-KMM-DTS<br><br>**NOTICE OF APPEARANCE FOR PLAINTIFF** |

The undersigned attorney hereby notifies the Court and counsel that Jared M. Goerlitz of the law firm of Goerlitz Law, PLLC, shall appear as counsel of record for Plaintiff Mira Holdings, Inc, a Minnesota Corporation.

**GOERLITZ LAW, PLLC**

Date: October 7, 2024     By:   /s/ Jared M. Goerlitz
　　　　　　　　　　　　　　　　Jared M. Goerlitz (#386714)
　　　　　　　　　　　　　　　　*jgoerlitz@goerlitzlaw.com*
　　　　　　　　　　　　　　　　P.O. Box 25194
　　　　　　　　　　　　　　　　7595 Currell Blvd
　　　　　　　　　　　　　　　　St. Paul, MN 55125
　　　　　　　　　　　　　　　　Phone: (651) 237-3494
　　　　　　　　　　　　　　　　*Attorney for Plaintiff*