# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Mira Holdings, Inc., *A Minnesota Corporation*, <br><br> Plaintiff, <br><br> v. <br><br> SRL Bowtex, *A Belgian Corporation*, <br><br> Defendant. | Case No. 24-cv-3130 (KMM/DTS) <br><br> **ORDER** |

Plaintiff filed a complaint on August 2, 2024 and served SRL Bowtex, a Belgian corporation. The Clerk of Courts received for filing, an Answer to the Complaint signed by Mr. Robert Souery as Director of the defendant corporation. There is no indication that Mr. Souery is an attorney or that he is licensed to practice law in the District of Minnesota. A corporation cannot represent itself nor can it be represented by a non-attorney individual. *Ackra Direct Mktg. Corp. v. Fingerhut Corp.*, 86 F.3d 852, 857 (8th Cir. 1996) ("[T]he law does not allow a corporation to proceed *pro se*."); 28 U.S.C. § 1654; *GEVHC, LLC v. Redburn*, No. 07-cv-3875, 2008 WL 3896107, at *1 (D. Minn. Aug. 20, 2008) ("A corporation must appear in federal court through a licensed attorney.").

The Court will grant an extension of time to file an answer to provide Defendant with an opportunity to find counsel who is licensed to practice law in the District of Minnesota.

**IT IS HEREBY ORDERED:**

1. Counsel for Defendant shall enter an appearance on or before February 28, 2025.

2

    2.    An Answer to the Complaint shall be filed by counsel on or before March 14, 2025.

    3.    The Clerk of Court is directed to mail a copy of this Order to Mr. Robert Souery at the address he provided with his Answer.

Dated: January 17, 2025                                      s/David T. Schultz
                                                                 DAVID T. SCHULTZ
                                                                 U.S. Magistrate Judge