UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Mira Holdings, Inc., | No. 24-cv-3130 (KMM/EMB) |
|       Plaintiff, | |
| v. | **ORDER** |
| SRL Bowtex,<br>*A Belgian Corporation*, | |
|       Defendant. | |

---

On August 19, 2025, Plaintiff Mira Holdings, Inc. ("Mira") filed a motion for default judgment and a notice of hearing. However, the motion suffers from two procedural irregularities. First, the filing of the motion for default judgment is premature. Except in cases where Fed. R. Civ. P. 55(b)(1) applies, the entry of default judgment requires a two-step process. The initial step requires entry of a party's default by the Clerk of Court. Fed. R. Civ. P. 55(a). After the clerk has entered default, the party seeking the entry of default judgment files a motion for default judgment under Rule 55(b)(2). When a party moves for default judgment prior to the entry of default under Rule 55(a), the motion is premature and default judgment cannot be entered. *Johnson v. Dayton Elec. Mfg. Co.*, 140 F.3d 781, 783 (8th Cir. 1998) (explaining that "entry of default under Rule 55(a) *must precede* grant of a default judgment under Rule 55(b)") (emphasis added). Accordingly, the Court denies the motion for default judgment without prejudice. Mira may renew its motion if it follows the required two-step procedure.

Second, the Court notes that Mira's motion for default judgment does not comply with District to Minnesota Local Rule 7.1(c)(1) because Mira did not file all of the required moving documents at the same time. Under that rule, the party filing a dispositive motion must *simultaneously* file the motion, a notice of hearing, a memorandum of law, any affidavits and exhibits, a meet-and-confer statement, and a proposed order. Here, Mira filed only a motion and notice of hearing, but did not submit any of the other supporting documents. If Mira obtains entry of default against the Defendant SRL Bowtex under Rule 55(a), and subsequently seeks to refile its motion for default judgment, Mira must comply with Local Rule 7.1(c) by filing all the moving papers at the same time.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The motion for default judgment (Dkt. 14) is **DENIED WITHOUT PREJUDICE**. The motion may be renewed as set forth in this Order.
2. The hearing set for October 16, 2025 (Dkt. 15) is **CANCELED**. If Mira Holdings, Inc. seeks to refile its motion for default judgment as provided herein, its counsel should contact the undersigned's chambers to obtain a new hearing date.

Date: August 20, 2025

*s/Katherine Menendez*
Katherine Menendez
United District Court Judge